Nos. 4,975 and 4,977.—STATE ex rel. C. H. AND SCOTT K. CASSILL, Relators, *v.* J. E. NEVILLE, Sheriff, Respondent.

Original applications for Writs of Habeas Corpus to fix bail.

Decided November 23, 1921.

PER CURIAM.—This being return day on above applications for writs of *habeas corpus* to fix bail, counsel for the

respective parties appeared and argued the applications, whereupon, after due consideration, it is ordered that a joint and several bond be furnished in the sum of $13,000, conditioned as provided by law, and that either or both of the defendants will appear and submit himself or themselves to the court for execution of judgment in case the judgment in either or both causes be affirmed on appeal; said bond to be approved by the clerk of the district court of Powell county.

*Mr. C. A. Spaulding* and *Mr. W. E. Keeley,* for Relator.

*Mr. Wellington D. Rankin,* Attorney General, *Mr. L. A. Foot,* Assistant Attorney General, and *Mr. E. J. Cummins,* County Attorney of Powell County, for Respondent.

Original applications for Writs of Habeas Corpus to fix bail.

